# Exhibit 2

Case 3:20-cv-05986-MCR-ZCB   Document 1-2   Filed 12/10/20   Page 2 of 29

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

_____

I.     **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FIRST</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ESCAMBIA</u>   COUNTY, FLORIDA

<u>Emerald Coast Utilities Authority</u>
Plaintiff                                                       Case # _____
                                                                Judge _____

vs.

Defendant

_____

II.     **AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☒  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

III.     **TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☒ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [　]
(Specify)

   <u>6</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Phillip A Pugh</u>        Fla. Bar # <u>505501</u>
     Attorney or party               (Bar # if attorney)

<u>Phillip A Pugh</u>            <u>10/28/2020</u>
 (type or print name)           Date

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

EMERALD COAST UTILITIES
AUTHORITY,

      Plaintiff,

                                   Case No:
                                   Division:

v.

AMERICAN CAST IRON PIPE
COMPANY, VULCAN PIPE & STEEL
COATINGS, INC., and INDURON
COATINGS, LLC.

      Defendants.

---

## **COMPLAINT**

    **COMES NOW**, Plaintiff, EMERALD COAST UTILITIES AUTHORTY ("ECUA"), by and through undersigned counsel, and sues Defendants, AMERICAN CAST IRON PIPE COMPANY ("ACIPC"), VULCAN PIPE & STEEL COATINGS, INC. ("VULCAN") and INDURON COATINGS, LLC. ("INDURON"), and alleges:

    1.    This action arises out of commercial relationships between ECUA, ACIPC, VULCAN, and INDURON for the purchase and installation of coated ductile iron pipe.

    2.    The amount in controversy is greater than $30,000.00 and is within the jurisdiction of the Court by virtue of the amount in controversy and the nature of the action.

    3.    All conditions precedent to bringing this action have been performed or have occurred.

    4.    Venue is appropriate in this Court, as the work was performed in Escambia County, Florida, and the coated iron pipe at issue was delivered to and installed in Escambia County.

5.      ECUA is a local governmental body, corporate and politic, which was formed by the Florida Legislature as an independent special district to provide utility services in and around Escambia County, Florida, including wastewater (sewer) collection and treatment services.

6.      ACIPC is a Georgia corporation that manufactures and sells pipes internally lined with various coatings, including the Protecto 401 Ceramic Epoxy coating ("Protecto 401").

7.      VULCAN is an Alabama corporation that applies Protecto 401 lining to pipes for use by contractors and end users.

8.      INDURON is an Delaware limited liability company with its principal place of business in Birmingham, Alabama, that manufactures protective indurstrial paint, coatings, and linings, including Protecto 401.

## STATEMENT OF FACTS

9.      ECUA purchased, directly and through its contractors, large quantities of ductile iron pipe lined with Protecto 401 (the "Coated Pipe") for use in various sewer pipeline projects in Escambia County, Florida.

10.      The Coated Pipe was manufactured by ACIPCO.

11.      The Coated Pipe was interally coated with Protecto 401 manufactured by INDURON.

12.      Upon information and belief, the Protecto 401 coating was applied to the Coated Pipe by VULCAN.

13.      ECUA relied on direct representations, advertising and other publicly available representations from ACIPC, VULCAN and INDURON in choosing to use the Protecto 401-lined Coated Pipe.

14.    Despite these advertising and representations as to its superior quality, the Coated Pipe has begun to prematurely corrode and fail.

15.    ECUA has retained the undersigned counsel to protect its rights in this matter and is obligated to pay a reasonable fee for such services, for which Defendants are liable.

## COUNT I: NEGLIGENCE
## (ACIPC)

16.    ECUA hereby re-avers and incorporates by reference paragraphs 1 through 15 above and further alleges:

17.    This is an action for damages for negligence by ECUA against ACIPC.

18.    ACIPC owed ECUA, as an intended final purchaser, a duty of care in the manufacturing of the pipe.

19.    ACIPC breached its duty of care to ECUA by negligently manufacturing the Coated Pipe rendering it defective.

20.    As a direct and proximate result of ACIPC's negligence, ECUA has sustained damages, and will continue to sustain damages due to the necessity to test, repair and replace pipelines in which the Coated Pipe was utilized.

**WHEREFORE**, ECUA respectfully demands judgment for damages, attorney's fees, costs and such other relief as this court deems just and proper.

## COUNT II: NEGLIGENCE
## (VULCAN)

21.    ECUA hereby re-avers and incorporates by reference paragraphs 1 through 15 above and further alleges:

22.    This is an action for damages for negligence by ECUA against VULCAN.

23.     VULCAN owed ECUA, as an intended final purchaser, a duty of care in applying the Protecto 401 coating.

24.     VULCAN breached its duty of care to ECUA by applying the coating negligently resulting in defective Coated Pipe.

25.     As a direct and proximate result of VULCAN's negligence, ECUA has sustained damages, and will continue to sustain damages due to the necessity to test, repair and replace pipelines in which the Coated Pipe was utilized.

**WHEREFORE**, ECUA respectfully demands judgment for damages, attorney's fees, costs and such other relief as this court deems just and proper.

## COUNT III: NEGLIGENCE
## (INDURON)

26.     ECUA hereby re-avers and incorporates by reference paragraphs 1 through 15 above and further alleges:

27.     This is an action for damages for negligence by ECUA against INDURON.

28.     INDURON owed ECUA, as an intended final purchaser, a duty of care in manufacturing the Protecto 401 coating.

29.     INDURON breached its duty of care to ECUA by manufacturing the coating negligently resulting in defective Coated Pipe.

30.     As a direct and proximate result of INDURON's negligence, ECUA has sustained damages and will continue to sustain damages due to the necessity to test, repair and replace pipelines in which the Coated Pipe was utilized.

**WHEREFORE**, ECUA respectfully demands judgment for damages, attorney's fees, costs and such other relief as this court deems just and proper.

## COUNT IV: NEGLIGENT MISREPRESENTATION

31.    ECUA hereby re-avers and incorporates by reference paragraphs 1 through 15 above and further alleges:

32.    This is an action for damages for negligent misrepresentations by ECUA against ACIPC, VULCAN and INDURON.

33.    ACIPC, VULCAN, and INDURON all represented to ECUA that the pipes which ECUA used and their internal Protecto 401 coating were of superior quality, were without defect in manufacture and in application, and were appropriate for use in ECUA's sewer pipeline projects.

34.    ACIPC, VULCAN, and INDURON, by way of their expertise in their respective fields, should all of have known that their representations to ECUA regarding the quality and fitness of the pipes and coatings for ECUA's use were false.

35.    ACIPC, VULCAN, and INDURON all intended to induce ECUA to rely on their misrepresentations in order to carry out and benefit from their transactions with ECUA.

36.    ECUA justifiably relied upon the misrepresentations of ACIPC, VULCAN, and INDURON in choosing to purchase and install the Protecto 401-lined pipes.

37.    As a direct and proximate result of the negligent misrepresentations made to it by ACIPC, VULCAN, and INDURON, ECUA has sustained damages, and will continue to sustain damages due to the necessity to test, repair and replace pipelines in which the Coated Pipe was utilized.

**WHEREFORE**, ECUA respectfully demands judgment for damages, attorney's fees, costs and such other relief as this court deems just and proper.

## COUNT V: BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

38.　　ECUA hereby re-avers and incorporates by reference paragraphs 1 through 15 above and further alleges:

39.　　This is an action for damages for breach of the implied warranty of merchantability by ECUA against ACIPC, VULCAN and INDURON.

40.　　As a manufacturer of ductile iron pipe who sells said pipe to contractors and end users, ACIPC is a merchant who regularly deals in the sale of Protecto 401-lined ductile iron pipe.

41.　　As a corporation that purchases Protecto 401 from Induron so that it can apply it and resell it to pipe manufacturers and project owners, VULCAN is a merchant who regularly deals in the sale of Protecto 401.

42.　　As a manufacturer and supplier of Protecto 401 who sells the lining to applicators like VULCAN, INDURON is a merchant who regularly deals in the sale of pipe coatings, including Protecto 401.

43.　　The ordinary purposes for which the Protecto 401 coating is to be used is to prevent corrosion and protect pipe like that used in the pipeline projects at issue in this Complaint.

44.　　ACIPC, VULCAN, and INDURON breached their implied warranties of merchantability by selling the Protecto 401-lined pipes to ECUA, which were generally unfit for the ordinary purposes for which they were meant to be used, and were therefore unmerchantable.

45.　　The defendants have been notified of the breach.

46.　　As a direct and proximate result of the breaches of express warranty by ACIPC, VULCAN, and INDURON, ECUA has sustained damages, and will continue to sustain damages due to the necessity to test, repair and replace pipelines in which the Coated Pipe was utilized.

**WHEREFORE**, ECUA respectfully demands judgment for damages, attorney's fees, costs and such other relief as this court deems just and proper.

## COUNT VI: BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

47.     ECUA hereby re-avers and incorporates by reference paragraphs 1 through 15 above and further alleges:

48.     ACIPC, VULCAN, and INDURON all warranted to ECUA that using the Protecto 401 coating would serve the particular purpose of protecting ECUA's sewer pipelines from damage and corrision.

49.     ECUA relied on the specialized skill and judgment of ACIPC, VULCAN, and INDURON in making the determination that Protecto 401 would serve this protective purpose, and in choosing to purchase and install the Protecto 401 lined pipes.

50.     The defendants breached implied warranty of fitness for a particular purposes insofar as the Coated Pipe was defective and not fit for the purpose for which ECUA utilized it.

51.     The defendants have been notified of the breach.

52.     As a direct and proximate result of the breach, ECUA has sustained damages, and will continue to sustain damages due to the necessity to test, repair and replace pipelines in which the Coated Pipe was utilized.

**WHEREFORE**, ECUA respectfully demands judgment for damages, attorney's fees, costs and such other relief as this court deems just and proper.

*/s/ Phillip A. Pugh*

**ROBERT O. BEASLEY,** FBN: 0148512
**PHILLIP A. PUGH,** FBN:  0505501
**DEWITT D. CLARK**, FBN: 121798
**LITVAK BEASLEY, WILSON & BALL, LLP**
40 Palafox Place, Suite 300
Pensacola, Florida 32502
Tel: (850) 432-9818
ROBservice@lawpensacola.com
*Attorneys for Defendant, Emerald Coast Utilities*
*Authority*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to

all counsel of record via Florida's E-Portal on this 28th day of October, 2020.

*/s/ Phillip A. Pugh*

PHILLIP A. PUGH

# Escambia County Receipt of Transaction
## Receipt #    2020072605

**Cashiered by: kll**

Pam Childers
Clerk of Court
Escambia County, Florida

**Received From**

**PUGH, PHILLIP A**
**40 S PALAFOX PL THIRD FL**
**PENSACOLA, FL  32502**

**On Behalf Of:**
EMERALD COAST UTILITIES AUTHORITY
40 PALAFOX PL, SUITE 300          On:  10/29/20  12:24 pm
PENSACOLA, FL  32502             Transaction # 101522524

| CaseNumber   2020 CA 001431 | | | | | | |
|---|---|---|---|---|---|---|
| **Fee Description** | **Fee** | **Prior Paid** | **Waived** | **Due** | **Paid** | **Balance** |
| (CA1) CIRCUIT CIVIL FILING FEE | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| Total: | **400.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |
| | | | | | | |
| Grand Total: | **400.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |

| PAYMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Payment Type** | **Reference** | | **Amount** | **Refund** | **Overage** | **Change** | **Net Amount** |
| EFILING | 29450513 | OK | 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| | | Payments Total: | **400.00** | **0.00** | **0.00** | **0.00** | **400.00** |

Credit Card Convenience fee of 3.5% is non-refundable.

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

EMERALD COAST UTILITIES
AUTHORITY,

      Plaintiff,

                                      Case No: 2020 CA 1431

v.

AMERICAN CAST IRON PIPE
COMPANY, VULCAN PIPE & STEEL
COATINGS, INC., and INDURON
COATINGS, LLC.

      Defendants.

_____/

## REQUEST FOR SUMMONS

Request for initial summons to be issued to:

      American Cast Iron Company
      c/o NRAI Services, Inc.
      1200 South Pine Island Rd
      Plantation, FL 33324

Return issued summons to the following email addresses: ROBservice@lawpensacola.com
and phillip@lawpensacola.com.

DATED: this 3rd day of November, 2020.


/s/ *Phillip A. Pugh*
**ROBERT O. BEASLEY,** FBN: 0148512
**PHILLIP A. PUGH,** FBN:  0505501
**DEWITT D. CLARK**, FBN: 121798
**LITVAK BEASLEY & WILSON, LLP**
40 Palafox Place, Suite 300
Pensacola, Florida 32502
Tel: (850) 432-9818
ROBservice@lawpensacola.com
*Attorneys for Plaintiff*

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

EMERALD COAST UTILITIES
AUTHORITY,

      Plaintiff,

                                      Case No: 2020 CA 1431

v.

AMERICAN CAST IRON PIPE
COMPANY, VULCAN PIPE & STEEL
COATINGS, INC., and INDURON
COATINGS, LLC.

      Defendants.

_____/

### REQUEST FOR SUMMONS

Request for initial summons to be issued to:

      Induron Coatings, LLC
      c/o C T Corporation System
      2 N. Jackson St. Suite 605
      Montgomery, AL 36104

Return issued summons to the following email addresses: ROBservice@lawpensacola.com and phillip@lawpensacola.com.

DATED: this 3rd day of November, 2020.

                              */s/ Phillip A. Pugh*
                              **ROBERT O. BEASLEY,** FBN: 0148512
                              **PHILLIP A. PUGH,** FBN:  0505501
                              **DEWITT D. CLARK**, FBN: 121798
                              **LITVAK BEASLEY & WILSON, LLP**
                              40 Palafox Place, Suite 300
                              Pensacola, Florida 32502
                              Tel: (850) 432-9818
                              ROBservice@lawpensacola.com
                              *Attorneys for Plaintiff*

### IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

EMERALD COAST UTILITIES
AUTHORITY,

      Plaintiff,

                                  Case No.: 2020 CA 1431

v.

AMERICAN CAST IRON PIPE
COMPANY, VULCAN PIPE & STEEL
COATINGS, INC., and INDURON
COATINGS, LLC.

      Defendants.
_____/

### REQUEST FOR SUMMONS

Request for initial summons to be issued to:

      Vulcan Pipe & Steel Coatings, Inc.
      c/o C T Corporation System
      2 N. Jackson St. Suite 605
      Montgomery. AL 36104

Return issued summons to the following email addresses: ROBservice@lawpensacola.com
and phillip@lawpensacola.com.

DATED: this 3rd day of November, 2020.

                                    */s/ Phillip A. Pugh*
                                    **ROBERT O. BEASLEY,** FBN: 0148512
                                    **PHILLIP A. PUGH,** FBN:  0505501
                                    **DEWITT D. CLARK**, FBN: 121798
                                    **LITVAK BEASLEY & WILSON, LLP**
                                    40 Palafox Place, Suite 300
                                    Pensacola, Florida 32502
                                    Tel: (850) 432-9818
                                    ROBservice@lawpensacola.com
                                    *Attorneys for Plaintiff*

# IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**EMERALD COAST UTILITIES AUTHORITY,**

    **Plaintiff,**

**v.**                                        **Case No.:  2020 CA 1431**

**AMERICAN CAST IRON PIPE COMPANY,**
**VULCAN PIPE & STEEL COATINGS, INC.,**
**and INDURON COATINGS, LLC,**

    **Defendants.**

_____/

## NOTICE OF DESIGNATION OF PRIMARY EMAIL ADDRESS

    COMES NOW Defendant, Vulcan Pipe & Steel Coatings, Inc., and files this Notice of Designation of Primary Email Address for service of pleadings **only** in compliance with Florida Rule of Judicial Administration 2.516.  Primary email address shall be:

SMC-KD@kubickidraper.com.

## CERTIFICATE OF SERVICE

    I hereby certify that I have delivered a copy of this document by electronic email to Phillip A. Pugh, Esq., Litvak, Beasley, Wilson & Ball, LLP, 40 Palafox Pl., Ste. 300, Pensacola, FL 32502, ROBservice@lawpensacola.com, (*Attorneys for Plaintiff*); Martin E. Burke, Esq., Burr Forman, 420 North 20th St., Ste. 3400, Birmingham, AL 35203, mburke@burr.com (*Attorneys for Def., American Cast Iron Pipe Co.*), on this 2nd day of December, 2020.

                                        **KUBICKI DRAPER, P.A.**
                                        125 W. Romana Street, Suite 150
                                        Pensacola, Florida 32502
                                        (850) 434-0003 – Telephone
                                        (850) 434-0223 – Facsimile
                                        SMC-KD@kubickidraper.com

                                        By: /s/ *Stephen M. Cozart*
                                        **Stephen M. Cozart, Esq.**
                                        Fla. Bar No. 148873
                                        *Attorneys for Def., Vulcan Pipe & Steel*

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, FLORIDA

EMERALD COAST UTILITIES
AUTHORITY,

     Plaintiff,

                               Case No.:  2020 CA 1431

v.

AMERICAN CAST IRON PIPE
COMPANY; VULCAN PIPE &
STEEL COATINGS, INC.; and
INDURON COATINGS, LLC,

     Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF E-MAIL ADDRESSES

YOU ARE HEREBY NOTIFIED that Charles Wiggins and Matthew P.

Massey of the law firm of Beggs & Lane, RLLP are appearing as counsel of record

in this action for Defendant, Induron Coatings, LLC.

The undersigned hereby designates the following primary and secondary

electronic mail addresses for electronic service:

Primary Electronic Mail Addresses:    Charles T. Wiggins
                                        ctw@beggslane.com

                                        Matthew P. Massey
                                        mpm@beggslane.com

Secondary Electronic Mail Address:  Amber M. Nall
                                        amn@beggslane.com

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that this document has been filed via the Florida Courts E-Filing

Portal for electronic distribution to the following counsel of record on December 9,

2020:

| | |
|---|---|
| Robert O. Beasley<br>Phillip A. Pugh<br>Dewitt D. Clark<br>Litvak Beasley Wilson & Ball, LLP<br>40 Palafox Street, Suite 300<br>Pensacola, FL  32502 | Stephen M. Cozart<br>Kubicki Draper, P.A.<br>125 W. Romana Street, Suite 150<br>Pensacola, FL  32502 |

*s/Charles Wiggins*
CHARLES WIGGINS
Fla. Bar No.:  0048021
ctw@beggslane.com (primary)
amn@beggslane.com (secondary)
MATTHEW P. MASSEY
mpm@beggslane.com
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL  32502
T:  (850) 432-2451
F:  (850) 469-3331
Attorneys for Induron Coatings, LLC

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

**EMERALD COAST UTILITIES AUTHORITY,**

     **Plaintiff,**

v.                                         **Case No.:  2020 CA 1431**

**AMERICAN CAST IRON PIPE COMPANY,**
**VULCAN PIPE & STEEL COATINGS, INC.,**
**and INDURON COATINGS, LLC,**

     **Defendants.**
_____/

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record in this action for the Defendant, Vulcan Pipe & Steel Coatings, Inc.  Undersigned requests that all pleadings and other papers be provided to him at the address noted below.

## CERTIFICATE OF SERVICE

     I hereby certify that I have delivered a copy of this document by electronic email to Phillip A. Pugh, Esq., Litvak, Beasley, Wilson & Ball, LLP, 40 Palafox Pl., Ste. 300, Pensacola, FL 32502, ROBservice@lawpensacola.com, (*Attorneys for Plaintiff*); Martin E. Burke, Esq., Burr Forman, 420 North 20th St., Ste. 3400, Birmingham, AL 35203, mburke@burr.com (*Attorneys for Def., American Cast Iron Pipe Co.*), on this 2nd day of December, 2020.

                                         **KUBICKI DRAPER, P.A**.
                                         125 W. Romana Street, Suite 150
                                         Pensacola, Florida 32502
                                         (850) 434-0003 – Telephone
                                         (850) 434-0223 – Facsimile
                                         SMC-KD@kubickidraper.com

                                       By: */s/ Stephen M. Cozart*
                                       **Stephen M. Cozart, Esq.**
                                       Fla. Bar No. 148873
                                       *Attorneys for Def., Vulcan Pipe & Steel*

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**EMERALD COAST UTILITIES AUTHORITY**

PLAINTIFF,

Vs.

CASE NO:  **2020 CA 001431**

DIVISION:  **N**

**AMERICAN CAST IRON PIPE COMPANY**  ,et al.

DEFENDANT,

### SUMMONS

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **VULCAN PIPE AND STEEL COATINGS INC  C/O CT CORPORATION SYSTEM 2 N JACKSON ST., SUITE 605 MONTGOMERY, AL 36104**

Each defendant is hereby required to serve written defenses to said complaint on

plaintiff's attorney(s), whose address is

**PHILLIP A PUGH**
**40 S PALAFOX PL THIRD FL**
**PENSACOLA, FL 32502**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **6th day of November, 2020**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By:  *Kathy Benoit*

Deputy Clerk

* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**EMERALD COAST UTILITIES AUTHORITY**

      PLAINTIFF,

Vs.

**AMERICAN CAST IRON PIPE COMPANY**   ,et al.
      DEFENDANT,

CASE NO:  **2020 CA 001431**

DIVISION:  **N**

**SUMMONS**

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **INDURON COATINGS LLC  C/O CT CORPORATION SYSTEM 2 N JACKSON ST., SUITE 605 MONTGOMERY, AL 36104**

Each defendant is hereby required to serve written defenses to said complaint on

      plaintiff's attorney(s), whose address is

      **PHILLIP A PUGH**
      **40 S PALAFOX PL THIRD FL**
      **PENSACOLA, FL 32502**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **6th day of November, 2020**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: *Kathy Benoit*

    Deputy Clerk

\* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

## IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

**EMERALD COAST UTILITIES AUTHORITY**

       PLAINTIFF,

Vs.

**AMERICAN CAST IRON PIPE COMPANY** ,et al.

       DEFENDANT,

CASE NO:  **2020 CA 001431**

DIVISION:  **N**

### SUMMONS

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **AMERICAN CAST IRON PIPE COMPANY  C/O NRAI SERVICES INC 1200 SOUTH PINE ISLAND RD PLANTATION, FL 33324**

Each defendant is hereby required to serve written defenses to said complaint on

       plaintiff's attorney(s), whose address is

       **PHILLIP A PUGH**

       **40 S PALAFOX PL THIRD FL**

       **PENSACOLA, FL 32502**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **6th day of November, 2020**

PAM CHILDERS

CLERK OF THE CIRCUIT COURT

By: _Kathy Benoit_

    Deputy Clerk

\* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days.  When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

## Escambia County Receipt of Transaction
## Receipt #    2020074393

**Cashiered by: kll**

Pam Childers
Clerk of Court
Escambia County, Florida

**Received From**

**PUGH, PHILLIP A**
**40 S PALAFOX PL THIRD FL**
**PENSACOLA, FL  32502**

**On Behalf Of:**

On:  11/6/20   8:48 am
Transaction # 101524542

| CaseNumber   2020 CA 001431 | | | | | | |
|---|---|---|---|---|---|---|
| **Fee Description** | **Fee** | **Prior Paid** | **Waived** | **Due** | **Paid** | **Balance** |
| (CA1) CIRCUIT CIVIL FILING FEE | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (CA93) ISSUANCE OF SUMMONS | 30.00 | 0.00 | 0.00 | 30.00 | 30.00 | 0.00 |
| Total: | 430.00 | 400.00 | 0.00 | 30.00 | 30.00 | 0.00 |
| Grand Total: | 430.00 | 400.00 | 0.00 | 30.00 | 30.00 | 0.00 |

| PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **Payment Type** | **Reference** | **Amount** | **Refund** | **Overage** | **Change** | **Net Amount** |
| EFILING | 29506198          OK | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Payments Total: | | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |

Credit Card Convenience fee of 3.5% is non-refundable.

**IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA**

EMERALD COAST UTILITIES
AUTHORITY,

     Plaintiff,

                                         Case No: 2020 CA 1431

v.

AMERICAN CAST IRON PIPE
COMPANY, VULCAN PIPE & STEEL
COATINGS, INC., and INDURON
COATINGS, LLC.

     Defendants.

_____/

**<u>NOTICE OF FILING</u>**

     **COMES NOW,** Plaintiff, Emerald Coast Utilities Authority, by and through undersigned counsel, and files the following:

1. Affidavit of Service on Induron Coatings LLC c/o CT Corporation System, 2 N. Jackson St, Suite 605, Montgomery, AL 36104 on November 9, 2020

2. Affidavit of Service on Vulcan Pipe and Steel Coatings, Inc. c/o CT Corporation System, 2 N. Jackson St, Suite 605, Montgomery, AL 36104 on November 9, 2020

3. Affidavit of Service on American Cast Iron Pipe Company, c/o NRAI Services Inc., 1200 S. Pine Island Rd., Plantation, FL 33324 on November 10, 2020.

                                       */s/ Phillip A. Pugh*
                                       ROBERT O. BEASLEY, FL Bar No. 148512
                                       PHILLIP A. PUGH, FL Bar No. 505501
                                       DEWITT D. CLARK, FL Bar No. 121798
                                       Litvak Beasley Wilson & Ball, LLP
                                       40 Palafox Street, Suite 300
                                       Pensacola, FL 32502
                                       Service email: ROBservice@lawpensacola.com
                                       (850) 432-9818 Telephone
                                       *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on this 17th day of November, 2020 to the following:

**Induron Coatings, LLC**
c/o C.T. Corporation System
2 N. Jackson, Suite 605
Montgomery, AL 36104
**American Cast Iron Pipe Co.**
c/o NRAI Services Inc.
1200 S. Pine Island Rd
Plantation, FL 33324

**Vulcan Pipe and Steel Coatings, Inc.**
c/o C.T. Corporation System
2 N. Jackson, Suite 605
Montgomery, AL 36104

_/s/ Phillip A. Pugh_
PHILLIP A. PUGH

## RETURN OF SERVICE

| State of Florida | County of Escambia | Circuit Court |
|---|---|---|

Case Number: 2020 CA 001431

Plaintiff/Petitioner:
**EMERALD COAST UTILITIES COMPANY**

vs.

Defendant/Respondent:
**AMERICAN CAST IRON PIPE COMPANY, ET AL**



TTH2020008352

For:
Phillip A. Pugh
LITVAK BEASLEY WILSON & BALL, LLP
40 South Palafox Place
Suite 300
Pensacola, FL 32502

Received by Thornton Process Service - Outserving on the 7th day of November, 2020 at 12:20 am to be served on **AMERICAN CAST IRON PIPE COMPANY C/O NRAI SERVICES INC., 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Warren Sua, do hereby affirm that on the **10th day of November, 2020** at **12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Supervisor/ Authorized To Accept** for **AMERICAN CAST IRON PIPE COMPANY**, at the address of: **1200 S. Pine Island Rd., Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.                                           NOTARY NOT REQUIRED PURSUANT TO  F.S.92.525(2).

**Warren Sua**
SPS#1547

**Thornton Process Service - Outserving**
**8654 Meadowbrook  Dr**
**Pensacola, FL 32514**
**(850) 478-3333**

Our Job Serial Number: TTH-2020008352

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

## AFFIDAVIT OF SERVICE

**State of Florida**                                  County of Escambia                                  **Circuit Court**

Case Number: 2020 CA 001431

Plaintiff/Petitioner:
**EMERALD COAST UTILITIES COMPANY**
vs.
Defendant/Respondent:
**AMERICAN CAST IRON PIPE COMPANY, ET AL**

For: Phillip A. Pugh
LITVAK BEASLEY WILSON & BALL, LLP

Received by Thornton Process Service on the 6th day of November, 2020 at 11:34 pm to be served on **VULCAN PIPE AND STEEL COATINGS, INC. C/O CT CORPORATION SYSTEM, 2 N JACKSON STREET, SUITE 605, MONTGOMERY, AL 36104**. I, ____Tony____ ____Mann____, being duly sworn, depose and say that on the ___9th___ day of ___November___, 20_20_ at _12:15_ p.m., executed service by delivering a true copy of the **SUMMONS** and **COMPLAINT** in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

**CORPORATE SERVICE:**
( ) OFFICER/REG AGENT- to _____ as _____
(✓) EMPLOYEE/OTHER - to ___Jennifer Lockwood___ as ___Authorized Agent___

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOVT/PUBLIC AGENCY - to _____ as _____ of the within named agency.

( ) NON SERVICE: As described in the Comments below.

( ) OTHER SERVICE: As described in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the __10th__ day of
__November__, __2020__ by the affiant who is personally known to me.

_William J. Caputo_
NOTARY PUBLIC           Exp. 4/16/22

_Tony Man_
PROCESS SERVER # ___N/A___
Appointed in accordance with State Statutes

Thornton Process Service
3654 Meadowbrook Drive
Pensacola, FL 32514
(850) 478-3333

Our Job Serial Number: 2020008353

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V6.1f

## AFFIDAVIT OF SERVICE

**State of Florida**                    County of Escambia                                    **Circuit Court**

Case Number: 2020 CA 001431

Plaintiff/Petitioner:
**EMERALD COAST UTILITIES COMPANY**
vs.
Defendant/Respondent:
**AMERICAN CAST IRON PIPE COMPANY, ET AL**

For: Philip A. Pugh
LITVAK BEASLEY WILSON & BALL, LLP

Received by Thornton Process Service on the 8th day of November, 2020 at 11:34 pm to be served on **INDURON COATINGS LLC C/O CT CORPORATION SYSTEM, 2 N JACKSON STREET, SUITE 605, MONTGOMERY, AL 36104.** I, _Tony Mann_, being duly sworn, depose and say that on the _9th_ day of _November_, 20_20_ at _12:15_ p.m., executed service by delivering a true copy of the **SUMMONS** and **COMPLAINT** in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

CORPORATE SERVICE:
( ) OFFICER/REG AGENT- to _____ as _____
(✓) EMPLOYEE/OTHER - to _Jennifer Lockwood_ as _Authorized Agent_

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOVT/PUBLIC AGENCY - to _____ as _____ of the within named agency.

( ) NON SERVICE: As described in the Comments below.

( ) OTHER SERVICE: As described in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _10th_ day of
_November_, _2020_ by the affiant who is personally known
to me.

_William J Canto_
NOTARY PUBLIC            Exp. 4/16/22

_Tony Mann_

PROCESS SERVER #  _N/A_
Appointed in accordance with State Statutes

Thornton Process Service
9454 Meadowbrook Drive
Pensacola, FL 32514
(850) 476-3333

Our Job Serial Number: 2020008354

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1i